UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BERNHARD KÜHMSTEDT,

                Plaintiff,

     -against-                                 23-cv-8476 (LAK) (SN)

BDG MEDIA, INC., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Monday, December 4, 2023, if the settlement has not been executed or consummated by that date.

       SO ORDERED.

Dated:     October 26, 2023

                                               Lewis A. Kaplan
                                          United States District Judge